1  RANDOLPH L. HOWARD, ESQ.
   Nevada Bar No. 006688
2  NATALIE M. COX, ESQ.
   Nevada Bar No. 007662
3  KOLESAR & LEATHAM, CHTD.
   3320 W. Sahara Avenue, Suite 380
4  Las Vegas, Nevada 89102
   Telephone: (702) 362-7800
5  Facsimile: (702) 362-9472
   E-mail:   rhoward@klnevada.com
6            ncox@klnevada.com

7  Attorneys for Defendants
   KEITH A. MAZER and WORLD CAPITAL
8  FUNDING, LLC

9

10                     UNITED STATES DISTRICT COURT

11                           DISTRICT OF NEVADA

12 | ANAHUAC MANAGEMENT, a Nevada     | Case No.: 2-09-cv-01590-RLH-PAL
   | Corporation,                    |
13 |                                 |
   |            Plaintiff,           |
14 |                                 |
   |      vs.                        |
15 |                                 |
   | KEITH A. MAZER, an individual;  |
16 | WORLD CAPITAL FUNDING, LLC,     |
   | an entity of unknown provenance;|
17 | and DOES I through 50, inclusive,|
   |                                 |
18 |            Defendants.          |

19

20                       SUBSTITUTION OF ATTORNEYS

21         Defendants KEITH A. MAZER and WORLD CAPITAL FUNDING, LLC, hereby

22 substitute Josh Cole Aicklen, Esq., Nevada Bar No. 7254, and Janice Brown, Esq., Nevada Bar

23 No. 1118, of the law firm of Lewis Brisbois Bisgaard & Smith LLP, 6385 S. Rainbow Blvd.

24 #600, Las Vegas, Nevada 89118, Telephone: (702) (702) 693-4373, as attorneys of record in

25 place and stead of: Randolph L. Howard, Esq., and Natalie M. Cox, Esq., of the law firm of

26 Kolesar & Leatham, Chtd.

27
                                              _____
28  DATED: 04/05/11                           KEITH A. MAZER

   Mazer.Substitution.Nevada.BK (7653-1)                -1-

WORLD CAPITAL FUNDING, LLC

DATED: 4/05/11     By: _____
                   Its: GENERAL PARTNER

I hereby consent to the above and foregoing substitution.

DATED this 5th day of April, 2011.

KOLESAR & LEATHAM, CHTD.

By: Randolph L. Howard
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

I HEREBY ACCEPT THE ABOVE AND FOREGOING SUBSTITUTION AS ATTORNEY FOR DEFENDANTS KEITH A. MAZER AND WORLD CAPITAL FUNDING, LLC, AND I AM DULY ADMITTED TO PRACTICE IN THIS DISTRICT.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: Janice J. Brown
Nevada Bar No. 01118
Las Vegas, Nevada
Telephone No. 702-693-4338
Facsimile No. 702-893-3789

APPROVED:
DATED: April 13, 2011    _____
                         UNITED STATES DISTRICT JUDGE

Mazer.Substitution.Nevada.BK (7653-1)

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Lewis Brisbois Bisgaard & Smith LLP, and that on the 12th day of April, 2011, I caused to be served a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEYS,** in the following manner:

(ELECTRONIC SERVICE) Pursuant to FRCP 5(b)(3) and LR 5-4, the above referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

David R. Koch, Esq.
Steve Scow, Esq.
Koch & Scow, LLC
11500 South Eastern Avenue, Suite 210
Henderson, NV 89052
Attorneys for Plaintiff
ANAHUAC MANAGEMENT

_____
Alicia Huerta-Buglio, an Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

COS Anahuac v Mazer (NV case)            -3-