UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANAHUAC MANAGEMENT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-01590-MMD-PAL |
| | ) | |
| vs. | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| KEITH A. MAZER, et al., | ) | DATED: July 13, 2012 |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

JUDICIAL ASSISTANT: Teresa K. Hoskin     RECORDER/TAPE #   None

COUNSEL FOR PLAINTIFF: Daniel Stewart

COUNSEL FOR DEFENDANTS: Hillard Sterling

PROCEEDING: Conference Call

The court conducted a conference call commencing at 2:03 p.m. regarding Plaintiff's Motion for Leave to Appear at Settlement Conference Via Telephone (Dkt. #71).  Also connected to the conference call was Yuriy Semenov on behalf of the Plaintiff.  The court requested a further explanation from Plaintiff's counsel for Mr. Semenov's request to appear telephonically for the upcoming settlement conference.  Plaintiff's counsel advised the court that it would be a financial hardship for Mr. Semenov to travel both for this settlement conference and for the trial, but requested that Mr. Semenov be able to appear telephonically for the duration of the settlement conference.  Mr. Hand will be present in person.  Defense counsel did not object to the request.  The conference call ended at 2:08 p.m.  As such,

**IT IS ORDERED** that Plaintiff's Motion for Leave to Appear at Settlement Conference Via Telephone (Dkt. #71) is **GRANTED**.  Mr Semenov shall be available via telephone for the duration of the settlement conference beginning on July 20, 2012, at 9:30 a.m.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE